```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/1/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TAYLOR WISMEG, CABRIAN TAGGART, and RICHARD MEDAL, individually and on behalf of all others similarly situated,

     Plaintiffs,

  -against-

CUS MF POWERHOUSE LLC d/b/a COYOTE UGLY SALOON, LILLIANA LOVELL, ANNA GOTT, PAULA DINORIS, ELIZABETH JONES, and TOMMY BUCHHEIT,

     Defendants.

Civil Case No. 1:24-cv-00600-VEC

**JUDGMENT**

---

  On June 28, 2024, Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

  NOW, it is hereby ORDERED, ADJUDGED AND DECREED:

  That Plaintiffs TAYLOR WISMEG, CABRIAN TAGGART, and RICHARD MEDAL have judgment against Defendant CUS MF POWERHOUSE LLC d/b/a COYOTE UGLY SALOON in the amount of Seventy Thousand Dollars and Zero Cents ($70,000.00), inclusive of attorneys' fees and costs.

Dated:   July 1 , 2024

                SO ORDERED:

                _____
                Hon. Valerie E. Caproni