USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/28/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
TAYLOR WISMEG, CABRIAN TAGGART, :
and RICHARD MEDAL, individually and on :
behalf of all others similarly situated, :
: 24-CV-0600 (VEC)
Plaintiffs, :
: ORDER
-against- :
:
CUS MF POWERHOUSE LLC d/b/a COYOTE :
UGLY SALOON, LILLIANA LOVELL, ANNA :
GOTT, PAULA DINORIS, ELIZABETH :
JONES, and TOMMY BUCHHEIT, :
:
Defendants. :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 28, 2024, Plaintiffs filed a Notice of Acceptance of Offer of Judgment pursuant to Federal Rule of Civil Procedure 68, *see* Notice, Dkt. 33;

WHEREAS the parties requested that the Court enter Judgment against only Defendant CUS MF Powerhouse LLC ("CUS") because the parties would file a stipulation of voluntary dismissal of the claims against the individual Defendants after receipt of CUS's payment, *see id.* at 3;

WHEREAS CUS's payment was due within 30 days of the date on which a judgment was entered or within 30 days of Defendants' counsel receiving IRS Forms W-9 for Plaintiffs, *id.* at 4;

WHEREAS the Court entered Judgment in favor of Plaintiffs and against CUS on July 1, 2024, *see* Judgment, Dkt. 35; and

WHEREAS since July 1, 2024, the parties have not filed a stipulation of voluntary dismissal of the claims against the individual Defendants;

IT IS HEREBY ORDERED that by not later than **Friday, September 13, 2024**, the parties must either (a) file the stipulation of voluntary dismissal of the claims against the individual Defendants, or (b) file a joint status update letter regarding progress towards resolving the remaining claims against the individual Defendants.

**SO ORDERED.**

**Date: August 28, 2024**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**